07CR 811 JUDGE PALLMEYER

| CDIL PROB 22 (Rev. 4/97) | TRANSFER OF JURISDICTION MASON ~~MAGISTRATE JUDGE MASON~~ | DOCKET NUMBER *(Tran. Court)* 0753/5 06-20045-001 |
|---|---|---|
| | | DOCKET NUMBER *(Rec. Court)* |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE: Abena Whisenton | DISTRICT: CENTRAL DISTRICT OF ILLINOIS | DIVISION Urbana |
|---|---|---|
| | NAME OF SENTENCING JUDGE Michael P. McCuskey | |
| | DATES OF PROBATION/SUPERVISED RELEASE: | FROM 08/29/2007 | TO 08/28/2011 |

| OFFENSE |
|---|
| False Statement/Representation 18:1001     **MAGISTRATE JUDGE MASON** |

### PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF ILLINOIS

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the Northern District of Illinois/Chicago upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*     :kjb

10/31/07
Date

Michael P. McCuskey
Chief United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

### PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS/CHICAGO

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

DEC - 4 2007
Effective Date

James F. Holderman
United States District Judge

FILED
12-5-07
DEC 5 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

**07CR  811**  *JUDGE PALLMEYER*

*UNITED STATES GOVERNMENT*

*MEMORANDUM*

| | | |
|---|---|---|
| DATE: | November 29, 2007 | **MAGISTRATE JUDGE MASON** |
| REPLY TO ATTN OF: | U. S. Probation Office<br>55 East Monroe Street, Room 1500<br>Chicago, Illinois  60603 | |
| SUBJECT: | Transfer of Jurisdiction | |
| TO: | Mrs. Alyce Mobley-Morris<br>Courtroom Deputy to Chief Judge Holderman<br>U. S. Court House, Room 2548 | |

RE:  WHISENTON, Abena

DOCKET NO. OF
TRANSFERRING COURT: 0753/5 06-20045-001

Enclosed is Probation Form 22 initiating transfer of jurisdiction to our district. Please return the signed copies accepting jurisdiction to this office.

Thank you.

Attachment

cc:   Nikita France-Smith
      U. S. Probation Officer

taw

*FILED*
*DEC 05 2007*
*MICHAEL W. DOBBINS*
*CLERK, U.S. DISTRICT COURT*

# RECEIVED

DEC  5 2007

**MICHAEL W. DOBBINS**
**CLERK, U.S. DISTRICT COURT**