## United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Rebecca R. Pallmeyer *RRP* | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 07 CR 811 - 1 | **DATE** | 3/27/2008 |
| **CASE TITLE** | USA vs. Abena Whisenton | | |

**DOCKET ENTRY TEXT**

Status hearing held on 3/27/2008. Status hearing set for 4/22/2008 at 9:00.

Docketing to mail notices.

00:12

| | Courtroom Deputy Initials: | ETV |
|---|---|---|