# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Rebecca R. Pallmeyer *RRP* | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 07 CR 811 - 1 | **DATE** | 5/22/2008 |
| **CASE TITLE** | USA vs. Abena Whisenton | | |

**DOCKET ENTRY TEXT**

Status hearing held on 5/22/2008. All special conditions of release lifted except that (a) Defendant is confined to her home without electronic monitoring; (2) Defendant will not incur new debts or open additional lines of credit, and (3) Defendant will provide probation officer with requested financial information.

Notices mailed by Judicial staff.

00:05

| | Courtroom Deputy Initials: | ETV |
|---|---|---|